Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Attorney for American Coradius International, LLC and Stephen J. Moeller

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON L. THOMAS, Pro Se' <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN CORADIUS INTERNATIONAL, LLC; STEPHEN J. MOELLER, as an individual, <br><br> Defendants. | Case No.  CV-12-3548 JAK (SPx) <br><br> NOTICE OF RELATED CASE |

NOTICE IS HEREBY GIVEN that the above-captioned matter is related to the case known as Deon L. Thomas v. American Coradius International, LLC, Case No. 11-cv-01575-PSG-SP pending in the U.S. District Court, Central District of California, Eastern Division, filed on October 3, 2011 and  and assigned to the Hon. Philip S. Gutierrez.  The cases are related because they involve the same

parties, arise from the same events, and call for determination of substantially related questions of law and fact.

Dated: 5/7/12         SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/ Debbie P. Kirkpatrick
Debbie P. Kirkpatrick
Attorney for Defendants
American Coradius International, LLC
and Stephen J. Moeller