Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:  619/296-2013
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Attorneys for American Coradius International, LLC and Stephen J. Moeller

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON L. THOMAS,  Pro Se, | ) Case No.: CV012-3548 PSG (SPx) |
| | ) |
| Plaintiff, | ) DEFENDANTS AMERICAN |
| vs. | ) CORADIUS INTERNATIONAL, LLC |
| | ) AND STEPHEN J. MOELLER'S |
| AMERICAN CORADIUS | ) STATEMENT OF |
| INTERNATIONAL, LLC; STEPHEN | ) UNCONTROVERTED FACTS AND |
| J. MOELLER, as an individual, | ) CONCLUSIONS OF LAW |
| | ) |
| Defendant. | ) DATE:  October 22, 2012 |
| | ) TIME:  1:30 p.m. |
| | ) PLACE:  Courtroom 880 - Roybal |
| | ) JUDGE: Hon. Philip S. Gutierrez |
| | ) |

Pursuant to Fed. R. Civ. P. 56 and L.R. 56-1, Defendants, American Coradius International, LLC ("ACI") and Stephen J. Moeller ("Moeller"), by and through the undersigned counsel, hereby submit this Statement of Uncontroverted Facts and Conclusions of Law. ACI and Moeller respectfully request the Court

consider the following undisputed facts and conclusions of law:

1. An account in Plaintiff's name was placed with ACI for collection on March 8, 2010 by Systems & Services Technologies, Inc. ("SST"). *See* Declaration of Stephen J. Moeller filed herewith ("Moeller Decl."), ¶ 4.

2. ACI made an inquiry on Plaintiff's credit report on or about March 8, 2010 in connection with placement of the account with ACI for collection. *See* Moeller Decl., ¶ 5.

3. Thereafter, ACI undertook efforts to collect the debt in the ordinary course of business until September 12, 2010, at which point the account was recalled from ACI by SST. *See* Moeller Decl., ¶ 6.

4. ACI undertook no further efforts to collect the debt after September 12, 2010. *See* Moeller Decl., ¶ 7.

5. On or about September 12, **_2011_**, ACI received a letter from Plaintiff dated September 9, 2011 concerning the March 8, 2010 credit inquiry. *See* Moeller Decl., ¶ 8, Exhibit A.

6. ACI responded by letter dated September 12, 2011. *See* Moeller Decl., ¶ 9, Exhibit B.

7. ACI's letter to Plaintiff stated, in pertinent part:

> American Coradius International received correspondence from you regarding an inquiry on your Trans Union credit report. Our inquiry was in direct relation to an account placed in our office for collection

>by our client, SYSTEMS AND SERVICES TECHNOLOGIES. Finally, our client recalled this account from our office in September 2010. We are no longer the collection agency assigned to recover this debt. All future questions regarding this account should be directed to them.

*See* Moeller Decl., ¶ 9, Exhibit B.

8. ACI's letter was sent in response to Plaintiff's September 9, 2011 letter and for no other purpose. *See* Moeller Decl., ¶ 10.

9. Plaintiff's claim under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, is barred by the one-year statute of limitations at § 1692k(d) because collection activities on the account ceased as of September 12, 2010 and Plaintiffs Complaint was not filed until April 13, 2012, well over more than one year later.

10. Plaintiff's claim under the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788, *et seq.*, is barred by the one-year statute of limitations at § 1788.30(f) because collection activities on the account ceased as of September 12, 2010 and Plaintiffs Complaint was not filed until April 13, 2012, well over more than one year later.

Dated: 8/28/12     SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

*/s/Debbie P. Kirkpatrick*
Debbie P. Kirkpatrick
Attorney for Defendant
American Coradius International, LLC
and Stephen J. Moeller