CASE NAME: Deon L. Thomas v American Coradius International, LLC. et al.
CASE NO:   CV-12-3548

## PROOF OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18 years and not a party to the within action; my business address is 1545 Hotel Circle South, Suite 150, San Diego, California 92108. On this date I served the following:

Defendants American Coradius International, LLC and Stephen J. Moeller's Notice of Motion and Motion for Summary Judgment; Memorandum of Points and Authorities in Support of Motion for Summary Judgment of Defendants American Coradius International, LLC and Stephen J. Moeller; Defendants American Coradius International, LLC and Stephen J. Moeller's Statement of Uncontroverted Facts and Conclusions of Law; Declaration of Stephen J. Moeller in Support of Motion for Summary Judgment

(x)   BY U.S. MAIL

I served a true and correct copy of the above-named documents by mail by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the U.S. mail at San Diego, California. Said envelope(s) was/were addressed as listed hereafter:

( )   BY FACSIMILIE MACHINE

I caused to be transmitted by facsimile machine a true copy of the above-named documents to the below listed. Attached hereto is the Confirmation Report confirming the status of the transmission.

( )   BY COURT'S CM/ECF ELECTRONIC FILING SERVER

I served on the interested parties in this action through their attorney's, as stated below, who have agreed to accept electronic service in this matter, by electronically filing and serving said documents via the Court's CM/ECF electronic filing server.

Deon L. Thomas
14626 Red Gum St.
Moreno Valley, CA 92555

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 28, 2012

Ann M. Coito