**DENIED BY ORDER OF THE COURT.**

Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:  619/296-2013
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

E-FILED 09/12/12

Attorneys for American Coradius International, LLC and Stephen J. Moeller

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON L. THOMAS, Pro Se, | Case No.: CV012-3548 PSG (SPx) |
| Plaintiff, | [~~PROPOSED~~] ORDER ON STIPULATION TO CONTINUE: HEARING DATE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, MEDIATION COMPLETION DEADLINE, FINAL PRETRIAL CONFERENCE, AND TRIAL |
| vs. | |
| AMERICAN CORADIUS INTERNATIONAL, LLC; STEPHEN J. MOELLER, as an individual, | |
| Defendant. | |

Having considered the Stipulation of Plaintiff Deon L. Thomas and Defendants American Coradius International, LLC and Stephen J. Moeller ("Defendants") for 1) a continuance of the hearing on Defendants' Motion for Summary Judgment from October 22, 2012 to November 5, 2012; 2) a continuance

[Proposed] Order on Stipulation Continuing Hearing Date on Defendants' Motion for Summary Judgment
and Extending Mediation Completion Deadline

1

of the September 21, 2012 deadline to conduct mediation to a date that is at least 45 days after a ruling is issued on Defendants' Motion for Summary Judgment; 3) a continuance of the November 6, 2012 Final Pretrial Conference to a date that is at least 45 days after the mediation completion deadline (per L.R. 16-15.2); and 4) a continuance of the December 18, 2012 trial date in accord with the continued Final Pretrial Conference date, and good cause appearing,

IT IS HEREBY ORDERED:

1. The hearing on Defendants' Motion for Summary Judgment is continued from October 22, 2012 to November 5, 2012.

2. The mediation completion deadline is extended from September 21, 2012 to 45 days after the Court issues its ruling on Defendants' Motion for Summary Judgment.

3. The Final Pretrial Conference is continued from November 6, 2012 Final Pretrial Conference to 45 days after the continued mediation completion deadline.

///

///

///

///

[Proposed] Order on Stipulation Continuing Hearing Date on Defendants' Motion for Summary Judgment and Extending Mediation Completion Deadline

2

4. The Trial date is continued from December 18, 2012 to 45 days after the continued Final Pretrial Conference date.

Dated: 9/11/12 _____DENIED_____
Hon. Philip S. Gutierrez
United States District Judge

[Proposed] Order on Stipulation Continuing Hearing Date on Defendants' Motion for Summary Judgment and Extending Mediation Completion Deadline