Keith M. Parker, Esq. SBN 107693
19000 MacArthur Blvd., Suite 550
Irvine, CA 92612
(949) 863-9800

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deon L. Thomas,<br><br>Plaintiff(s)<br>v.<br><br>American Coradius Int'l LLC, et al.,<br><br>Defendant(s). | CASE NUMBER<br><br>12-CV-03548 PSG (SPx)<br><br>MEDIATION REPORT |

**Instructions:** *The mediator shall file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator shall file a subsequent Report.*

1. ☑ A mediation was held on (date): September 19, 2012

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☑ Appeared as required by Civil L.R. 16-15.5(b).
   ☐ Did not appear as required by Civil L.R. 16-15(b).

   ☐ Plaintiff or plaintiff's representative failed to appear.
   ☐ Defendant or defendant's representative failed to appear.
   ☐ Other:

3. Did the case settle?

   ☑ Yes, fully.
   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ Yes, partially, and further facilitated discussions are **not** expected.
   ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties? (date:) _____

Dated: September 19, 2012

_____
Signature of Mediator

Keith M. Parker, Esq.
Name of Mediator (print)

The Mediator is to electronically file original document.

ADR-03 (01/12)     **MEDIATION REPORT**     Page 1 of 1